CORINNE TIERNEY v. LOUIS C. GILDE, ET AL.

September 26, 1989.

Petition for certification denied. (See 235 *N.J.Super.* 61).

ROBERT E. MURPHY, ET AL. v. PAUL SARACINO, ETC.

September 26, 1989.

Petition for certification denied.

JACK MOISEYEV v. NEW JERSEY RACING COMMISSION.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDOLPH GREEN.

September 26, 1989.

Petition for certification denied.